# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTWON MAURICE BAYARD,

    *Petitioner*,

vs.

WHITE HOUSE, et al.,

    *Respondents*.

3:15-cv-00110-RCJ-WGC

ORDER

    Petitioner has submitted a *pro se* form petition for writ of habeas corpus by a person attacking a state detainer (ECF No. 1-1). Petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. The present action, therefore, will be dismissed without prejudice.

    Moreover, petitioner sets forth no discernible factual allegations in his petition but lists the nature of offenses involved as "magna carta, constitutional law due process, committee of free justice, personal security, rights of man . . . ." (ECF No. 1-1, p. 10). Petitioner has also submitted a document titled State of Delaware Certificate of Incorporation listing the Corporation "N'Twon Inc. A Systematic Company Inc." (ECF No. 7) as well as what appear to be nonsensical requests for admission. Petitioner's submissions are delusional and frivolous.

    **IT IS THEREFORE ORDERED** that the Clerk shall **FILE** the petition (ECF No. 1-1).

    **IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

-2-

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: This 9th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE